## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert P. Anderson, Jr., Esq., Executor for : | Civil Action No. 2:10-CV-80833-ER |
| The Estate of Loring Bailey, : | |
|     *Plaintiff* : | |
|     v. : | |
| General Electric Co., et al. : | |
|     *Defendants* : | December 9, 2010 |

## MOTION FOR LEAVE TO SUBSTITUTE PARTY PLAINTIFF AND TO AMEND COMPLAINT

Pursuant to Federal Rules of Civil Procedure 15, 25 and all other applicable provisions of the Federal Rules of Civil Procedure, Plaintiff hereby respectfully moves to substitute party plaintiff and file an Amended Complaint. In support thereof, the Plaintiff provides the following:

In this matter removed from the Bridgeport Superior Court, Judicial District of Fairfield, State of Connecticut, Plaintiff hereby moves to substitute Robert P. Anderson, Jr., Esq., Executor for the Estate of Loring Bailey and to amend the complaint.

In support of this motion, Robert P. Anderson, Jr., Esq. states that he was appointed Executor for the Estate of Loring Bailey by the Court of Probate, District of Stonington, State of Connecticut on or about October 27, 2010 and that Loring Bailey died on or about August 15, 2010.

1

Based on the foregoing, the plaintiff moves that the amended complaint by accepted by the Court, and that the caption in this case be renamed to: Robert P. Anderson, Jr., Esq., Executor for the Estate of Loring Bailey.

Wherefore it is respectfully requested that the relief sought and requested herein be granted.

> Respectfully submitted,
> THE PLAINTIFFS,
>
> By:_____MMO8213_____
> Melissa M. Olson, Esq.
> Fed. Bar No.ct18813
> Embry & Neusner
> P.O. Box 1409
> Groton, CT 06340
> Tel: (860) 449-0341
> Fax: (860) 449-9070
> E-mail: molson@embryneusner.com

## **ORDER**

The foregoing having been heard is hereby GRANTED / DENIED.

_____
Judge